PD-1098-15

**IN THE COURT OF CRIMINAL APPEALS FOR THE STATE OF TEXAS**

| | | |
|---|---|---|
| BENEDICT EMESOWUM | ) | |
| Appellant | ) | |
| | | |
| vs. | ) | 1st Court of Appeals No: 01-14-00116-CR |
| | | |
| STATE OF TEXAS | ) | |
| Appellee | ) | |

**PETITION FOR DISCRETIONARY REVIEW**

Now comes appellant and respectfully petitions this Court for review of the lower court's

decisions pertaining to:

1.) The denial of his status as indigent and filed affidavits of such to obtain without

prepayment of costs the hearing transcripts that amount to about $2000.00

2.) The Denial of his constitutional rights prior to trial

3.) The violation of his constitutional and legally protected right during trial and denial

of a fair trial.

4.) The violation of his rights post trial

5.) All other matters of law and fact that affected appellant to be rightfully exonerated of

the accusation.

**CONCLUSION**

Appellant prays that this Court grant his petition for review as respectfully requested.

Sincerely,

Benedict Emesowum
P.O. BOX 53911
Houston, TX 77052

RECEIVED IN
COURT OF CRIMINAL APPEALS

August 25, 2015

ABEL ACOSTA, CLERK